DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD DANCY,**
Appellant,

v.

**TRAVIA BRYANT,**
Appellee.

No. 4D22-2018

[April 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. FMCE-19-001712.

Marck K. Joseph of The Joseph Firm, P.A., Miami, for appellant.

Travia Bryant, Miami Gardens, pro se.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***